**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 449**

In the Matter of                                               Case Number:

Sabrina Flowers, plaintiff
    v.
South Western Motor Sales, Inc., d/b/a Toyota Scion on
Western and Santander Consumer USA, Inc., d/b/a Drive
Financial Services, defendants

**JUDGE MAROVICH**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sabrina Flowers

| | |
|---|---|
| NAME (Type or print) Keith J. Keogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Keith J. Keogh | |
| FIRM  Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS  227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP  Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6257811 | TELEPHONE NUMBER  312.726.1092 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |