AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 449**

### SUMMONS IN A CIVIL CASE

Sabrina Flowers, plaintiff

V.

South Western Motors Sales, Inc., d/b/a Toyota Scion on Western and Santander Consumer USA, Inc., d/b/a Drive Financial Services, Defendants

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE MAROVICH
MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Santander Consumer USA, Inc., d/b/a Drive Financial Services, c/o CT Corporation, Registered Agent, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadia Hinly_
(By) DEPUTY CLERK

**January 22, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: January 25, 2008 |
| NAME OF SERVER *(PRINT)* Linda M Barksdale | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 208 S. LaSalle # 814, chicago Illinois 60604 Accepted by Elicia Randle, Process Specialist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/08
             *Date*

Signature of Server: *Linda M. Barksdale*

Address of Server: 227 W. Monroe # 2000 chgo, IL - 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.