IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SABRINA FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 00449 |
| | ) | |
| v. | ) | Hon. George M. Marovich |
| | ) | |
| SOUTH WESTERN MOTOR SALES, INC. dba | ) | Magistrate Judge Geraldine Soat Brown |
| TOYOTA SCION ON WESTERN and | ) | |
| SANTANDER CONSUMER USA INC. dba | ) | |
| DRIVE FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S, SANTANDER CONSUMER USA INC.
DBA DRIVE FINANCIAL SERVICES, LOCAL
<u>RULE 3.2 NOTIFICATION AS TO AFFILIATES</u>**

Defendant, SANTANDER CONSUMER USA INC. dba DRIVE FINANCIAL SERVICES ("Drive"), hereby certifies pursuant to Local Rule 3.2 that the following parties have a direct, pecuniary interest in the outcome of these proceedings:

1. **Parent Companies of the Corporation:** The parent company of Drive is Banco Santander Central Hispano.

2. **Subsidiaries not Wholly Owned by the Corporation:** None.

3. **Any publicly held company that Owns More than 10% of the Corporation:** Banco Santander Central Hispano owns 90% of the outstanding common stock of Santander Consumer USA Inc., successor in interest to Drive Financial Services.

                Respectfully submitted,
                SANTANDER CONSUMER USA INC. dba
                DRIVE FINANCIAL SERVICES,
                Defendant,

                By: ___/s/ David J. Frankel_____
                          One of its attorneys

David J. Frankel, Esq. (#6237097)
Sorman & Frankel, Ltd.
203 North LaSalle Street, Suite 2350
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)