IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SABRINA FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 00449 |
| | ) | |
| v. | ) | Hon. George M. Marovich |
| | ) | |
| SOUTH WESTERN MOTOR SALES, INC. dba | ) | Magistrate Judge Geraldine Soat Brown |
| TOYOTA SCION ON WESTERN and | ) | |
| SANTANDER CONSUMER USA INC. dba | ) | |
| DRIVE FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    Keith James Keogh, Esq.
       Alexander Holmes Burke
       Law Offices of Keith J. Keogh
       227 West Monroe Street, Suite 2000
       Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 12th day of February, 2008, the undersigned caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the ***Defendant's, Santander Consumer USA Inc. dba Drive Financial Services, Local Rule 3.2 Notification as to Affiliates,*** a copy of which is attached and hereby served upon you.

Respectfully submitted,
SANTANDER CONSUMER USA INC. dba
DRIVE FINANCIAL SERVICES,
Defendant,

David J. Frankel, Esq. (#6237097)          By: ___/s/ David J. Frankel_____
Sorman & Frankel, Ltd.                              One of its attorneys
203 North LaSalle Street, Suite 2350
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

## **CERTIFICATION OF SERVICE**

      The undersigned certifies and states that I caused the foregoing Notice of Filing and Local Rule 3.2 Disclosure to be served upon the above-listed party(ies) by electronic filing and by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 203 North LaSalle Street, Chicago, Illinois 60601, prior to 5:00 p.m. this 12th day of February, 2008.

                                                                                          /s/ David J. Frankel

SUBSCRIBED AND SWORN TO
before me this 12th day of February, 2008

    /s/ Samantha Brand
        NOTARY PUBLIC