BPS/JFV:lr                                                              20-257-3-148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABRINA FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No.: 08 C 449 |
| | ) |
| SOUTH WESTERN MOTORS SALES, INC., | ) |
| d/b/a TOYOTA SCION ON WESTERN AND | ) |
| SANTANDER CONSUMER USA, INC. | ) |
| d/b/a DRIVE FINANCIAL SERVICES | ) |
| | ) |
| Defendant, | ) |

### ANSWER TO PLAINTIFF'S COMPLAINT

### COUNT V—EQUAL CREDIT OPPORTUNITY ACT-DRIVE FINANCIAL

NOW COMES the Defendant, SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA ON WESTERN and d/b/a SCION ON WESTERN, improperly sued as SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA SCION ON WESTERN, by and through its attorneys, Cremer, Kopon, Shaughnessy & Spina, LLC, and for its Answer to Count V of Plaintiff's Complaint, states that inasmuch as no relief is sought against this Defendant in Count V of Plaintiff's Complaint, no answer is required. Further, insofar as any of the allegations in Count V may be construed as being directed against this Defendant, the same are denied.

Respectfully Submitted,

_/s/ Brian P. Shaughnessy_
One of the Attorneys for

                South Western Motor Sales, Inc.

Brian P. Shaughnessy
Jaya F. Venkataramani
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
Attorneys for Defendant, South Western Motor Sales, Inc.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
ARDC No.: 3125181

186454