BPS/JFV:mg　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20-257-3-148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABRINA FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No.: 08 C 449 |
| | ) |
| SOUTH WESTERN MOTOR SALES, INC., | ) |
| d/b/a TOYOTA SCION ON WESTERN AND | ) |
| SANTANDER CONSUMER USA, INC. | ) |
| d/b/a DRIVE FINANCIAL SERVICES | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:　Mr. Keith J. Keogh, Ltd.
　　　Law Offices of Keith J. Keogh, Ltd.
　　　227 West Monroe Street, Suite 2000
　　　Chicago, IL 60606

　　　PLEASE TAKE NOTICE that on the <u>28th</u> day of <u>February, 2008</u>, there was filed with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division, on behalf of Defendant, SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA ON WESTERN and d/b/a SCION ON WESTERN, improperly sued as SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA SCION ON WESTERN's **Appearance and Jury Demand, Answer to Count V, Motion to Dismiss Count I, Memorandum in Support of Motion to Dismiss Count I, Motion to Dismiss Count II, Memorandum in Support of Motion to Dismiss Count II, Motion to Dismiss Count III, Memorandum in Support of Motion to Dismiss Count III, Motion to Dismiss Count IV, Memorandum in Support of Motion to Dismiss Count IV**, and this **Notice of Filing**.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian P. Shaughnessy
　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　　　　　　　South Western Motor Sales, Inc.

Brian P. Shaughnessy
Jaya F. Venkataramani
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
Attorneys for Defendant, South Western Motor Sales, Inc.

180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
ARDC No.: 3125181
186558

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that s/he served the foregoing Notice of Filing and the documents referred to therein by mailing a copy to each person identified hereinabove on the 28th day of February, 2008, at Chicago, Illinois.

_____
Laura Rodela

SUBSCRIBED and SWORN to before me this 28th day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
MIRIAM GONZALEZ
Notary Public - State of Illinois
My Commission Expires 10/02/201[?]