## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sabrina Flowers

                      Plaintiff,

v.                                    Case No.: 1:08−cv−00449
                                                  Honorable George M. Marovich

South Western Motor Sales, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

    MINUTE entry before Judge George M. Marovich :Motion hearing set for 3/11/2008 is stricken. Briefing schedule set on defendant South Western Motor Sales, Inc.'s motions to dismiss[23][25][21][19]as follows: response due by 4/1/2008; reply due by 4/22/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.