# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 449 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Flowers vs. South Western Motor Sales, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 4/8/2008 is stricken. Plaintiff's motion for leave to file amended complaint [29] is granted. Defendant South Western Motor Sales, Inc.'s motions to dismiss [19] [21] [23] [25] are denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|