BPS/JFV:mg                                                                                              20-257-3-148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABRINA FLOWERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Court No.: 08 C 449 ) |
| SOUTH WESTERN MOTOR SALES, INC., d/b/a TOYOTA SCION ON WESTERN AND SANTANDER CONSUMER USA, INC. d/b/a DRIVE FINANCIAL SERVICES | ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

TO: Mr. Keith J. Keogh, Ltd.
Law Offices of Keith J. Keogh, Ltd.
227 West Monroe Street, Suite 2000
Chicago, IL 60606

PLEASE TAKE NOTICE that on the 28th day of April, 2008, there was filed with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division, on behalf of Defendant, SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA ON WESTERN and d/b/a SCION ON WESTERN, improperly sued as SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA SCION ON WESTERN's its **Answer to Count I of Plaintiff's Amended Complaint** and this **Notice of Filing**.

Respectfully Submitted,

/s/ Brian P. Shaughnessy
One of the Attorneys for
South Western Motor Sales, Inc.

Brian P. Shaughnessy
Jaya F. Venkataramani
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
Attorneys for Defendant, South Western Motor Sales, Inc.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
ARDC No.: 3125181
191402

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that s/he served the foregoing Notice of Filing and the documents referred to therein by mailing a copy to each person identified hereinabove on the 28th day of April, 2008, at Chicago, Illinois.

*Laura Rodela*
Laura Rodela

SUBSCRIBED and SWORN to before me this 28th day of April, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MIRIAM GONZALEZ
Notary Public, State of Illinois
My Commission Expires 10/02/2010