U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 449 |
|---|---|

SABRINA FLOWERS vs. SOUTH WESTERN MOTOR
SALES, INC., d/b/a TOYOTA SCION ON WESTERN
AND SANTANDER CONSUMER USA, INC. d/b/a
DRIVE FINANCIAL SERVICES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ADDITIONAL ATTORNEY FOR:

SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA ON WESTERN and d/b/a SCION ON WESTERN, improperly sued as SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA SCION ON WESTERN, Defendant

| NAME (Type or print) |
| --- |
| Jaya F. Venkataramani |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Jaya F. Venkataramani |
| FIRM |
| CREMER, KOPON, SHAUGHNESSY & SPINA, LLC |
| STREET ADDRESS |
| 180 North LaSalle Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06290968 | (312) 726-3800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | No ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | No ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | No ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | No ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

192932