BPS/JFV:mg	20-257-3-148

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SABRINA FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Court No.: 08 C 449 |
| | ) |
| SOUTH WESTERN MOTOR SALES, INC., | ) |
| d/b/a TOYOTA SCION ON WESTERN AND | ) |
| SANTANDER CONSUMER USA, INC. | ) |
| d/b/a DRIVE FINANCIAL SERVICES | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:　Mr. Keith J. Keogh, Ltd.
　　　Law Offices of Keith J. Keogh, Ltd.
　　　227 West Monroe Street, Suite 2000
　　　Chicago, IL 60606

　　　PLEASE TAKE NOTICE that on the <u>17th</u> day of <u>June, 2008</u>, there was filed with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division, on behalf of Defendant, SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA ON WESTERN and d/b/a SCION ON WESTERN, improperly sued as SOUTH WESTERN MOTOR SALES, INC. d/b/a TOYOTA SCION ON WESTERN's **Reply in Support of Its Motions to Dismiss Counts II, III and IV of Plaintiff's Amended Complaint** and this **Notice of Filing**.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　___/s/ Brian P. Shaughnessy_____
　　　　　　　　　　　　　　　　　　One of the Attorneys for
　　　　　　　　　　　　　　　　　　South Western Motor Sales, Inc.

Brian P. Shaughnessy
Jaya F. Venkataramani
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
Attorneys for Defendant, South Western Motor Sales, Inc.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Tel: (312) 726-3800
Fax: (312) 726-3818
ARDC No.: 3125181
bshaughnessy@cksslaw.com
195558

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that s/he served the foregoing Notice of Filing and the documents referred to therein by mailing a copy to each person identified hereinabove on the 17th day of June, 2008, at Chicago, Illinois.

*Laura Rodela*
Laura Rodela

SUBSCRIBED and SWORN to before me
this 17th day of June, 2008.

_____
Notary Public

"OFFICIAL SEAL"
MIRIAM GONZALEZ
Notary Public, State of Illinois
My Commission Expires 10/02/2010