IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| SABRINA FLOWERS, | ) | |
| | ) | Judge Marovich |
| Plaintiff, | ) | |
| | ) | 08 C 449 |
| v. | ) | |
| | ) | |
| SOUTH WESTERN MOTOR SALES, INC., | ) | |
| D/b/a TOYOTA SCION on Western and | ) | |
| SANTANDER CONSUMER USA, INC., d/b/a | ) | |
| DRIVE FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Dave Frankel dfrankel@sormanfrankel.com
      Brian P. Shaughnessy bshaughnessy@cksslaw.com

**PLEASE TAKE NOTICE** that on **September 16, 2008, at 10:30 a.m.**, I shall appear before the **Honorable Judge George M. Marovich in Room 1944C** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present a **MOTION TO WITHDRAW**, a copy of which has been filed today with the ECF system for the Northern District of Illinois.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

## CERTIFICATE OF SERVICE

I certify that on August 26, 2008, I served the foregoing to counsel of record listed above via the ECF system for the Northern District of Illinois:

/s/Alexander H. Burke