# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 449 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Flowers vs. South Western Motor Sales, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 9/16/2008 is stricken. Motion of Alexander H. Burke to withdraw as one of the attorneys for plaintiff [50] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|